Trevor B. Rockstad (CA Bar No. 277274)
**Davis & Crump, P.C.**
2601 14th Street
Gulfport, Mississippi 39501
Telephone:  228.863.6000
Facsimile: 228.864.0907
trevor.rockstad@daviscrump.com

Martin D. Crump
**Davis & Crump, P.C.**
2601 14th Street
Gulfport, Mississippi 39501
Telephone:  228.863.6000
Facsimile: 228.864.0907
martincrump@daviscrump.com

*Attorney for Plaintiff*



APPROVED
Judge Edward J. Davila
10/25/2018

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BROWN<br><br>    Plaintiff,<br>v.<br><br>BRACCO DIAGNOSTICS, INC.<br><br>    Defendant. | Civil Action No. 5:18-cv-05277<br><br>**NOTICE OF VOLUNTARY DISMISAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Reginald Brown, through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

Dated: October 19, 2018

              /s/ Trevor B. Rockstad
              Trevor B. Rockstad (CA Bar No. 277274)
              **Davis & Crump, P.C.**
              2601 14th Street
              Gulfport, Mississippi 39501

Telephone: 228.863.6000
Facsimile: 228.864.0907
trevor.rockstad@daviscrump.com

Martin D. Crump
**Davis & Crump, P.C.**
2601 14th Street
Gulfport, Mississippi 39501
Telephone: 228.863.6000
Facsimile: 228.864.0907
martincrump@daviscrump.com
(pending *pro hac vice* admission)

*Attorneys for Plaintiff*

# CERTFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2018, I electronically transmitted the foregoing Notice of Voluntary Dismissal using the ECF System for filing.

        /s/ Trevor B. Rockstad
        Trevor B. Rockstad
        Davis & Crump, P.C.
        2601 14th Street
        Gulfort, MS  39501
        Telephone: 228-701-0139
        Fax: 228-864-0907
        Trevor.rockstad@daviscrump.com

*Attorneys for Plaintiff*